UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Santee Wall,  )
    Petitioner,  )
  )  No. 1:17-cv-286
-v-  )
  )  HONORABLE PAUL L. MALONEY
Lori Gidley,  )
    Respondent.  )
  )

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: August 3, 2018                                                         /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge